# Court of Appeals
# of the State of Georgia

ATLANTA,  July 20, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1700.  IN THE INTEREST OF A. S., CHILDREN ET AL. (FATHER)**

On March 14, 2020, the Supreme Court of Georgia declared a judicial emergency, which tolled and granted relief from any filing deadline. On May 11, 2020, the Supreme Court granted this Court the authority to reimpose those suspended deadlines on a case-by-case basis. Accordingly, the Court of Appeals lifted the suspension of all deadlines imposed by this Court's Rules as of June 10, 2020. This Court advised the parties of the lifting of the suspension of the deadline in an order dated June 10, 2020. In accordance with that order, the appellant's brief was due June 30, 2020. On July 3, 2020, the appellant in this case filed a motion requesting an additional 10 days to file their brief. On July 7, 2020, the motion was denied because the due date had passed and an extension cannot be give retroactively. However, the order explained that Court would accept the appellant's brief without penalty if it was filed by July 10, 2020.

As of the date of this order, the appellant in this case has failed to comply with the notice of docketing mailed by this Court and with the Court of Appeals Rule 23 (a), regarding filing of an enumeration of errors and brief in accordance with the

judicial emergency order and subsequent lifted suspension. Accordingly, this appeal is deemed abandoned and is hereby ordered DISMISSED. Court of Appeals Rules 7, 23 (a).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  07/20/2020*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*